## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MINDY L. GREINER,                            )
                                             )
                  Plaintiff,                 )
                                             )
v.                                           )          Case No: 2:14-cv-02179-RDR-KGS
                                             )
TRANS UNION LLC,                             )
                                             )
                  Defendant.                 )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's First Interrogatories to Plaintiff and First Requests for Production to Plaintiff were served electronically on the 16th day of July, 2014 on A. J. Stecklein, Consumer Legal Clinic LLC, 748 Ann Avenue, Kansas City, KS 66101, AJ@KCconsumerlawyer.com, Attorney for Plaintiff.

Respectfully submitted,

**BAKER STERCHI COWDEN & RICE, LLC**

*/s/ Bryan E. Mouber*
**BRYAN E. MOUBER** #19710
9393 W. 110th Street, Suite 500
Overland Park, KS 66210
Telephone: (913) 451-6752
Facsimile: (816) 472-0288
mouber@bscr-law.com

**JAMES S. KREAMER** #14374
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
Telephone: (816) 471-2121
Facsimile: (816) 472-0288
kreamer@bscr-law.com

**COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas on July 18, 2014, which will automatically generate notice of filing to all counsel of record.

/s/ Bryan E. Mouber